UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES NATHAN CARTER

VERSUS

ALBERTSON SAV-ON FOOD CENTERS

CIVIL ACTION

NO. 10-0401-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's Complaint shall be dismissed, without prejudice, for failure to pay the Court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 1, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47045